452

No. 66764.—Polk's Model Craft Hobbies, Inc., et al. v. United States, protests
311717–K, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the
merchandise consists of HO equipment similar in all material respects to
that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.*
(47 C.C.P.A. 137, C.A.D. 746), the merchandise was held dutiable as follows:
The items marked "A" at the appropriate rate of duty, depending upon the
date of entry, or withdrawal from warehouse, under the provision in para-
graph 397, as modified, for manufactures in chief value of base metal, not
specially provided for, and the items marked "B" at 13¾ percent ad valorem
under the provision in paragraph 353, as modified by the Torquay Protocol
to the General Agreement on Tariffs and Trade (T.D. 52739), for other metal
articles having as an essential feature an electrical element or device.   Other
items, marked "A and B," were held dutiable according to the separate com-
ponents as follows:   The "A" portion at the appropriate rate of duty, depend-
ing upon the date of entry, or withdrawal from warehouse, under the provision
in paragraph 397, as modified, for manufactures in chief value of base metal,
not specially provided for, at a value of $2 per unit, and the "B" portion at
13¾ percent ad valorem under the provision in paragraph 353, as modified
by T.D. 52739, for other metal articles having as an essential feature an electri-
cal element or device, on the basis of the appraised *per se* unit value, less $2,
as claimed.

No. 66765.—Illfelder Importing Co., Inc., et al. v. United States, protests 60/28817,
etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that
the merchandise consists of miniature knives similar in all material respects
to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10,
C.D. 2145), the claim of the plaintiffs was sustained.